UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JASON SCOTT GUSTIN, | ) Case No. 2:21-cv-04540-JAK (JDE) |
| Petitioner, | ) |
| | ) ORDER ACCEPTING FINDINGS |
| v. | ) AND RECOMMENDATION OF |
| | ) UNITED STATES MAGISTRATE |
| NEIL McDOWELL, | ) JUDGE |
| | ) |
| | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records and files herein, including the Petition (Dkt. 1), Respondent's Answer to the  Petition (Dkt. 13) and the Report and Recommendation of the United States Magistrate Judge (Dkt. 16). No party filed timely objections to the Report and Recommendation. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

/ / /

/ / /

1    IT IS THEREFORE ORDERED that Judgment be entered denying the

2  Petition and dismissing this action with prejudice.

3

4  Dated:  December 15, 2021

5                                                              _____

6                                                              JOHN A. KRONSTADT
                                                                United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2