JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JASON SCOTT GUSTIN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>NEIL McDOWELL,<br><br>　　　　Respondent. | Case No. 2:21-cv-04540-JAK (JDE)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

　　IT IS ADJUDGED that the operative Petition is denied and this action is dismissed with prejudice.

Dated: December 15, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JOHN A. KRONSTADT
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge